IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FOSTER BILLINGS, II, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>REVOLUTION MOTORSPORTS d/b/a HARLEY-DAVIDSON OF COOL SPRINGS,<br><br>    Defendant. | NO. 3:18-cv-00277<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

## ORDER

The parties have filed a Stipulation Of Dismissal With Prejudice (Doc. No. 36), indicating that all matters in dispute in this case have been resolved. Accordingly, this action is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

All pending motions are denied, as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE