UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Foster Billings, II
                              Plaintiff,

v.                                               Case No.: 3:18–cv–00277

Revolution Motorsports
                              Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/4/2018 re [37].

                                                                       Keith Throckmorton, Clerk
                                                                s/ Jessica Wayman, Deputy Clerk